IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| REV. DAVON GORDON SR., | § | |
| | § | No. 359, 2025 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. N25M-08-027 |
| PHIL PARKER, WARDEN, | § | Cr. ID No. 2308008915 |
| HOWARD R. YOUNG | § | |
| CORRECTIONAL INSTITUTION, | § | |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: January 5, 2026
Decided: January 27, 2026

On December 17, 2025, the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief by the filing deadline of November 18, 2025. Postal records show that the notice to show cause was delivered on December 22, 2025. A timely response to the notice to show cause was due by January 2, 2026. To date, the appellant has not filed an opening brief or responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice